**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

ALEXANDER GOLDMAN,                        :
                                          :
             Plaintiff,            :           25-CV-10047 (JPC) (OTW)
                                          :
             -against-           :
                                          :           <u>**ORDER**</u>
BLUE OWL CAPITAL INC., et al.,             :
                                          :
             Defendants.          :
                                          :
                                          :
-------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        On January 20, 2026, I directed the parties to submit a joint letter proposing a schedule for Defendants' anticipated motion to dismiss. (*See* ECF 14). On January 22, the parties submitted a joint letter proposing deadlines based on a future, unspecified, date 60 days after an order is entered "appointing the lead plaintiff and lead counsel in this Action..."(*See* ECF 15).

        As the parties' letter did not contain an actual proposed date, the application for an extension of time to respond to the Complaint is **GRANTED IN PART:** Defendants' response to the Complaint shall be due **APRIL 2, 2026**, without prejudice to future extensions if required.

        The Clerk of Court is respectfully directed to close ECF 15.

        **SO ORDERED.**

Dated: January 22, 2026           */s/ Ona T. Wang*
      New York, New York        **Ona T. Wang**
                             United States Magistrate Judge