**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEXANDER GOLDMAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-10047-JPC-OTW |
| Plaintiff, | |
| v. | |
| BLUE OWL CAPITAL INC., DOUGLAS I. OSTROVER, MARC S. LIPSCHULTZ, and ALAN KIRSHENBAUM, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING ALEXANDER GOLDMAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Having considered Alexander Goldman's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Alexander Goldman as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay Wolke & Rotter LLP as Lead Counsel for the class.


**IT IS SO ORDERED.**



Dated: _____          _____
                                        HON. JOHN P. CRONAN
                                        UNITED STATES DISTRICT JUDGE

1