**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEXANDER GOLDMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BLUE OWL CAPITAL INC., DOUGLAS I. OSTROVER, MARC S. LIPSCHULTZ, and ALAN KIRSHENBAUM, <br><br> Defendants. | Case No. 1:25-cv-10047-JPC-OTW <br><br> **ECF Case** |

<u>**NOTICE OF APPEARANCE**</u>

**PLEASE TAKE NOTICE** that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action for Defendants Blue Owl Capital, Inc., Douglas I. Ostrover, Marc S. Lipschultz, and Alan Kirshenbaum, and requests that all subsequent papers be served upon him at the address indicated below.

Dated: New York, New York
       March 11, 2026

*/s/ Alexander Rodney*

Alexander J. Rodney, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 909-3305
Facsimile: (212) 446-4900
alexander.rodney@kirkland.com

*Counsel for Defendants*