POMERANTZ LLP

**Matthew L. Tuccillo**
Partner

**Via ECF** October 6, 2026

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

Re: *Goldman v. Blue Owl Capital Inc. et al.*, No. 1:25-cv-10047-JPC-OTW

Dear Judge Wang:

The undersigned counsel represents Lead Plaintiffs Nova Scotia Public Service Superannuation Plan and Nova Scotia Teachers' Pension Plan in the above-referenced action. On August 14, 2026, the Court so ordered the Parties' jointly proposed schedule for Lead Plaintiffs to file an amended complaint and the Parties to brief Defendants' motion to dismiss. ECF 43.

Lead Plaintiffs hereby respectfully ask the Court to grant Lead Plaintiffs' request for an 11-day extension of their amended complaint deadline, currently October 15, 2026, with cascading adjustments to the ensuing motion schedule as set forth below. Lead counsel for Lead Plaintiffs respectfully requests this extension both to accommodate multiple conflicting professional deadlines and personal commitments given his daughter's first break from freshman year at college (October 9-12, 2026) and first Parents' Weekend at college (October 15-18, 2026), dates that came into focus after the Parties proposed the existing schedule. This is Lead Plaintiffs' first request for an extension. Defendants have graciously stated their consent.

Having consulted with Defendants, Lead Plaintiffs hereby propose the following adjusted schedule, accounting for both Lead Plaintiffs' requested extension and the upcoming holidays.

1. Lead Plaintiffs shall file and amended complaint on or before October 26, 2026 (instead of October 15, 2026);

2. Defendants shall answer, move, or otherwise respond to the amended complaint on or before January 29, 2027 (instead of December 17, 2026);

3. Lead Plaintiffs shall file an opposition to any motion to dismiss on or before March 29, 2027 (instead of February 18, 2027);

4. Defendants shall file a reply on or before May 14, 2027 (instead of April 5, 2027).

Respectfully submitted,

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo

*Counsel for Lead Plaintiffs*

Application **GRANTED.**

**SO ORDERED.**

Ona T. Wang October 7, 2026
U.S.M.J.